# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number:  3:19-PO-168 |
| -vs- | : | District Judge Michael J. Newman<br>Magistrate Judge Peter B. Silvain, Jr. |
| STEPHEN R. JOHNSON | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

Upon the Government's Motion to Dismiss, the above-referenced case is hereby

DISMISSED.


August 3, 2021                                              *s/Peter B. Silvain, Jr.*
                                                           Peter B. Silvain, Jr.
                                                           United States Magistrate Judge